# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Taylor Allen Dror Ohlund**<br>DOB: 1992; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**25-12395MJ** |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about December 21, 2025, in the District of Arizona, **Taylor Allen Dror Ohlund,** knowing and in reckless disregard of the fact that certain illegal aliens, including Angel Yahier Arvizu-Hernandez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On December 21, 2025, in the District of Arizona (Sells), at approximately 10:15 p.m., Border Patrol Agents (BPAs) were patrolling on the Tohono O'odham Indian reservation when they observed a Silver Kia with temporary license plates traveling southbound on Federal Route (FR) 19 near Mile Marker (MM) 4. The vehicle was traveling at a high rate of speed and hit a sand bar that was crossing FR 19. Locals who frequent the area are aware that FR 19 has numerous washes that cause sand bars to form across the road. They usually approach these obstacles at a lower rate of speed to avoid damage to their vehicle and or tires. Approximately ten minutes later, at approximately 3:40 p.m., BPAs observed the Silver Kia traveling north bound past their position on FR 19. BPAs pulled out from their position and caught up to the Silver Kia bearing a temporary license plate 06W4167. BPAs ran record checks on the vehicle which revealed it was registered out of Peoria, AZ to a **Taylor Allen Ohlund**. While following the Silver Kia north on FR 19, BPAs observed one driver and no passengers in the vehicle. They could see the male driver looking at them in the driver side rear view mirror. BPAs notified other BPAs in the area that they were going to initiate a vehicle stop to perform an immigration inspection on the occupants. As BPAs were approaching the Kia, they saw the driver fumbling with something near the center of the vehicle. The driver, later identified as Taylor Allen Ohlund, rolled down all his windows with one hand. No other passengers were visible in the vehicle. BPAs questioned **Ohlund** to why he was in the area. **Ohlund** stated that he had been in a fight with his girl, and he was just driving from Phoenix until he hit the border and then turned around. BPAs asked **Ohlund** if they could search the trunk of his car, and **Ohlund** respectfully declined. BPAs informed him that if he had people in his trunk that he could face enhanced charges for endangering them, and that BPAs did not want to see any one severely injured or killed. BPAs asked **Ohlund** if he had any active warrants for his arrest, and he replied that he did for failure to appear. Further record checks on **Ohlund** revealed he had multiple prior arrests and convictions on various charges including attempted murder, assault with firearm, domestic violence, and gang activity. At this time, BPAs ordered **Ohlund** to exit his vehicle and detained him pending confirmation of his warrant out of Pinal County Arizona. BPAs opened the trunk of the Silver Kia, and found one individual, later identified as Angel Yahier Arvizu-Hernandez. **Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Angel Yahier Arvizu-Hernandez

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Maria S. Aguilera* | DATE<br>December 22, 2025 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Chamblee

Arvizu-Hernandez is a citizen and national of Mexico who does not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness, Angel Yahier Arvizu-Hernandez stated that he is a citizen and national of Mexico. He made arrangements in Mexico to be illegally smuggled into the United States for $6,000 USD. He crossed the international boundary at approximately 12:00 a.m. on December 21, 2025, with three other individuals. Originally, his group was chased by BPAs, but he managed to get away. He then called his cousin who told him where to go next. He arrived at the location and a light grey vehicle pulled up, and someone yelled "Yahir". He got into the rear seat of the vehicle. After driving a couple of minutes, BPAs got behind the vehicle. The driver was very nervous, so he asked the driver if he wanted him to get into the trunk. The driver gave him signs and instructions to hide in the trunk. Arvizu stated the driver was a short white male wearing a white top.